# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOELMA G. PENTON WIFE OF/AND
FRED R. PENTON

VERSUS

THEODORE J. MOSES, IV,
ARDELL I. FINK, MICHELLE E.
NAQUIN, PROGRESSIVE CASUALTY
INSURANCE COMPANY AND STATE
FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

NO.  2024 CW 0582

**AUGUST 23, 2024**

---

In Re:   Theodore J. Moses, IV and Progressive Security Insurance
         Company, applying for supervisory writs, 22nd Judicial
         District Court, Parish of St. Tammany, No. 202210788.

---

**BEFORE:   GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT DENIED.**

                          **JMG**
                          **AHP**
                          **TPS**

COURT OF APPEAL, FIRST CIRCUIT



DEPUTY CLERK OF COURT
     FOR THE COURT